1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| PIETER NIEVWENHVYZEN, | ) | No. CV 09-4551 DDP (FFM) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| DEPUTY QUICK, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice.

DATED:   June 10, 2010

_____
DEAN D. PREGERSON
United States District Judge